AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cr-10154-EFM-01 |
| Tyler R. Barriss | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tyler R. Barriss                                           .

Date:   11/06/2018

s/ Rich Federico
*Attorney's signature*

Rich Federico, #22111
*Printed name and bar number*

Federal Public Defender, District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, KS 66603
*Address*

rich_federico@fd.org
*E-mail address*

(785) 232-9828
*Telephone number*

(785) 232-9886
*FAX number*